**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00122-CV

### IN RE ROBERT T. O'DONNELL, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-86-15027**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **DENY** relator's request for temporary relief pending petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/      DAVID L. BRIDGES
         JUSTICE